In the Matter of the Estate of NANCY TAYLOR, Deceased. ROBERT F. TAYLOR, as Executor of NANCY TAYLOR, Deceased, Appellant; WILLIAM J. TAYLOR, Respondent.

(Argued October 9, 1933; decided October 24, 1933.)

*George C. Riley* and *O. A. Ottaway* for appellant.
*Elmer O. Brinkman* for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.